## PRATT *v.* DEPARTMENT OF THE ARMY ET AL.

No. 455, Misc.  Decided March 31, 1958.

Petitioner *pro se.*

*Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

## STRONG *v.* UNITED STATES ET AL.

No. 456, Misc.  Decided March 31, 1958.

*James F. Connolly* for appellant.

*Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *Herman Marcuse* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.